# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| **YULY ELIZABETH PONCE MUNOZ,** | § | |
| | § | |
| *Petitioner,* | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TODD BLANCHE, ATTORNEY** | § | |
| **GENERAL; MARKWAYNE MULLIN,** | § | |
| **U.S. DEPARTMENT OF HOMELAND** | § | **No. 3:26-CV-00999-LS** |
| **SECURITY, TODD M. LYONS,** | § | |
| **ACTING DIRECTOR OF** | § | |
| **IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT; U.S.** | § | |
| **IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT, JOEL GARCIA,** | § | |
| **FIELD DIRECTOR, EL PASO OFFICE** | § | |
| **OF IMMIGRATION AND CUSTOMS** | § | |
| **ENFORCEMENT; AND WARDEN OF** | § | |
| **ERO EL PASO EAST MONTANA,** | § | |
| | § | |
| *Respondents.* | § | |

## FINAL JUDGMENT

Before this Court is the above styled and numbered cause. On this date, the Court dismissed Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241. Accordingly, as all issues in the cause have been resolved, the Court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

It is therefore **ORDERED** that Petitioner's application for habeas corpus relief pursuant to 28 U.S.C. § 2241 is hereby **DISMISSED**. Any and all pending motions are **DENIED AS MOOT**.

It is finally **ORDERED** that the above styled and numbered cause is hereby **CLOSED**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on May 18, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**